UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JONAS LAVARUS ROGERS,

      Plaintiff,                                   Case No. 23-cv-13073
                                                     Hon. Matthew F. Leitman

v.

INTERNAL REVENUE SERVICE, *et al.*,

      Defendants.
_____/

## ORDER DISMISSING ACTION WITHOUT PREJUDICE

On December 5, 2023, Plaintiff Jonas Lavarus Rogers filed this action against Defendant the Internal Revenue Service (the "IRS") and the Commissioner of the IRS. (*See* Compl., ECF No. 1.) On February 5, 2024, the Court dismissed Rogers' action for two reasons. (*See* Order, ECF No. 8.) First, it dismissed the action based on Rogers' failure to update his address as required by Local Rule 11.2. (*See id.*) Second, it dismissed the action based on Rogers' failure to provide service documents to the Court so that Defendants could be served with the Complaint. (*See id.*)

On February 28, 2024, Rogers filed a response with the Court in which he asked the Court to reinstate his case. (*See* Resp., ECF No. 10.) In that response, Rogers appeared to be under the impression that the Court initially dismissed his

1

case for failing to pay the required filing fee. (*See id.*) As explained above, the Court did not dismiss Rogers' Complaint on that basis. Nonetheless, the Court reinstated Rogers' case and provided him one final opportunity to provide the required service documents no later than April 8, 2024. (*See* Order ECF No. 11., PageID.38.)

Rogers has failed to provide any of the required service documents by the established deadline. The Court therefore orders this action to be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: April 23, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 23, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126

2